ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG 2 4 2004

CLERK, U.S. DISTRICT COURT
BY _____
                DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

ORLANDO CORDIA HALL,          §
    Petitioner,           §
VS.                           § CIVIL ACTION NO. 4:00-CV-422-Y
                              § (Criminal No. 4:94-CR-121-Y)
UNITED STATES OF AMERICA,      §
    Respondent.           §

## FINAL JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is therefore **ORDERED, ADJUDGED and DECREED** that all relief requested be, and the same is, hereby **DENIED**.

It is further **ORDERED** that the Clerk shall transmit a true copy of this Judgment to the parties.

Signed August __24__, 2004.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/eb:be

Certified a true copy of an instrument
on file in my office on 8/24/04
Clerk, U.S. District Court,
Northern District of Texas
By _____ Deputy